# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ISMAEL PAUL MARTINEZ,**
**ADC #150903**                                                                                   **PLAINTIFF**

**V.**                              **CASE NO. 5:15CV00171 JM/BD**

**LARRY NORRIS, et al.**                                                              **DEFENDANTS**

## ORDER

Plaintiff Ismael Paul Martinez filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address.  (Docket entry #31)  In light of his recent release, it is unclear whether Mr. Martinez is still entitled to proceed *in forma pauperis* ("IFP").

Accordingly, the Clerk of the Court is directed to send Mr. Martinez a (freeworld) amended application to proceed IFP.  Mr. Martinez must file, within thirty days of the entry of this Order, an amended application to proceed IFP.  Mr. Martinez is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 7th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE