**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ISMAEL PAUL MARTINEZ,
ADC #150903**                                                              **PLAINTIFF**

**V.**                      **CASE NO. 5:15CV00171 JM/BD**

**LARRY NORRIS, et al.**                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Martinez's claims against Defendants Gibson, McPhadden, Kelly, Norris, and Manning are DISMISSED, without prejudice. Mr. Martinez may proceed on his failure to protect against Defendants Perry, Baker, and Williams

IT IS SO ORDERED, this 29th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE