**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ISMAEL PAUL MARTINEZ**                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:15-CV-00171 JM-BD**

**LARRY NORRIS, et al.**                                                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (#49) is DENIED.

IT IS SO ORDERED, this 12th day of December, 2016.

_____
UNITED STATED DISTRICT JUDGE