# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ISMAEL PAUL MARTINEZ**                                                    **PLAINTIFF**

**V.**                      **CASE NO. 5:15-CV-00171 JM-BD**

**LARRY NORRIS, et al.**                                                    **DEFENDANTS**

## JUDGMENT

For the reasons stated in the order entered this day, judgment is entered for the defendants; the complaint of the plaintiff is dismissed with prejudice.

IT IS SO ORDERED, this 13th day of July, 2020.

_____
UNITED STATED DISTRICT JUDGE